CO-526
(12/86)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
JUN 21 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA )
)
)
vs.                      )   Criminal No. 05-219(PLF)
)
)
ROBERT X. CHAMBERS       )

## WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

_____
Defendant

_____
Counsel for defendant
JOS V. CATANIA
6/21/05

G. Allen Dale
6/21/05

I consent: _____
Assistant United States Attorney

Approved:
_____
Judge Paul L. Friedman
United States District Court