# United States District Court for the District of Columbia

**FILED**

JUN 2 1 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

v.

ROBERT X. CHAMBERS

WAIVER OF INDICTMENT

CASE NUMBER: 05-219 (PLF)

I,     ROBERT X. CHAMBERS     the above named defendant, who is accused of

18 USC 201(b)(1)(A) and (C)     Bribery of a Public Official - Count 1
18 USC 371 - Conspiracy

being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on June 21, 2005    prosecution by indictment and consent that the proceeding may be by Superseding Information rather than by Indictment.

_____
Defendant     Robert X. Chambers

_____
Counsel for Defendant     G. Allen Dale, Esquire
G. Allen Dale    Jos. V. Catania
6/21/05            6/21/05

_____
Judge Paul L. Friedman
United States District Court