U.S. Department of Justice
U.S. Attorneys

# United States District Court
# for the District of Columbia

UNITED STATES OF AMERICA        :

v.                              :

ROBERT X. CHAMBERS              :    Case No. 05-219 (PLF)

                                :

                                :

**O R D E R**

**FILED**

**JUN 2 1 2005**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1. Upon a representation by the United States that the defendant has never been the subject of "routine processing" (booking, fingerprinting, photographing) in this case;

2. It is this ___21ST___ day of ___JUNE, 2005___ ORDERED:

3. That if the defendant is released on bond that he or she be accompanied on _June 21, 2005_ by _SPECIAL AGENT MICHELLE RANKIN_ to the Central Cell Block of the Metropolitan Police Department, to the United States Marshal's Office and to _FEDERAL BUREAU OF INVESTIGATION_ _____ for "routine processing," and that this be a condition of being released on bond;

4. That if the defendant is not released on bond, the United States Marshal shall release the defendant to the custody of _SA MICHELLE RANKIN_ for the purpose of "routine processing," and at the conclusion thereof to return the defendant to the custody of the Marshal.

Judge ~~U.S. Magistrate~~ PAUL L. FRIEDMAN

June 21, 2005

~~DEFENSE COUNSEL~~

DOJ USA-16-1-80