UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal No. CR-05-219 (PLF) |
| | : | |
| ROBERT X. CHAMBERS | : | |
| Defendant. | : | |

## APPEARANCE OF COUNSEL

The Clerk of Court will please note my appearance as counsel of record for the defendant herein.

|s|_G. Allen Dale_____
G. Allen Dale
Bar # 954537
601 Pennsylvania Ave. NW
Suite 900, South Bldg.
Washington, D.C. 20004
(202) 638-2900
gallendale@aol.com


## Certificate of Service

I hereby certify that a copy of this appearance of counsel has been served upon all counsel of record in the above-captioned matter on the same date as this appearance was filed with the Court.

|s| G. Allen Dale_____
G. Allen Dale