UNITED STATES DISTRICT COURT
FOR THE DISTICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : Criminal No. 05-219(PLF) |
| v. | : |
| | : |
| ROBERT CHAMBERS, | : |
| | : |
| Defendant. | : |

**MOTION TO CONTINUE STATUS HEARING**

Come now the parties and jointly move this court to continue the status hearing of Robert Chambers for approximately one month. In support of this joint motion the parties respectfully state:

1. On June 21, 2005, Mr. Chambers entered a plea of guilty to a one court information charging him with conspiracy to pay bribes, in violation of 18 USC §371.

2. Mr. Chambers has cooperated with the government and a series of status hearings have been held to determine when his case should be referred to the probation office for the preparation of a pre-sentence report.

3. The next status hearing is scheduled for July 14, 2006. Counsel for Mr. Chambers will be in London the week before, scheduled to return on the 13th of July, on a late night flight, which is overbooked. Further, the government will not know whether this case is ready to refer to the probation office until another defendant appears for a possible plea on July 28, 2006.

4. Accordingly, the parties jointly move the Court to continue the status hearing until sometime after July 28, 2006.

5. The parties advise the Court of their availability on August 4, 2006; the entire week of August 7, 2006; the 23rd through the 25th of August and the 28th and 31st of August, as well as September 1st.

Wherefore, the parties respectfully pray that the court grant their motion and sign the attached order.

| | |
|---|---|
| Kenneth L. Wainstein<br>United States Attorney | Respectfully Submitted, |
| \_\_\_\_\_/s/_____<br>Howard Sklamberg<br>Assistant United States Attorney<br>555 4th Street, NW<br>Washington, DC 20530<br>(202) 514-7296 | \_\_\_\_\_/s/_____<br>G. Allen Dale<br>Bar No. 954537<br>601 Pennsylvania Ave., NW<br>Suite 900, South Bldg.<br>Washington, DC 20004<br>(202) 638-2900 |