UNITED STATES DISTRICT COURT
FOR THE DISTICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | Criminal No. 05-219(PLF) |
| v. | : | |
| | : | |
| ROBERT CHAMBERS, | : | |
| | : | |
| Defendant. | : | |

### ORDER

This matter comes before the Court on joint motion of the United States and the defendant seeking to continue a status hearing presently scheduled for July 14, 2006. Based upon the motion and the entire record herein, it is by the court this ___ day of _____ 2006

ORDERED, that he motion be and the same hereby is granted; and it is

FURTHER ORDERED, that the status hearing presently scheduled for July 14, 2006 be and the same hereby is continued until the ___ day of _____ 2006 at _____ o'clock AM/PM.

_____
Paul L. Friedman
United States District Judge

cc

    Howard Skalamberg
    Assistant United States Attorney
    555 4th Street, NW
    Washington, DC 20530
    (202) 514-7296

    G. Allen Dale
    Bar No. 954537
    601 Pennsylvania Ave., NW
    Suite 900, South Bldg.
    Washington, DC 20004
    (202) 638-2900