# EXHIBIT 1

LAW OFFICES OF

# G. Allen Dale
A PROFESSIONAL CORPORATION

G. Allen Dale
Direct Dial Number
(202) 783-1629

601 Pennsylvania Avenue, NW
Suite 900, North Building
Washington, D.C. 20004

December 28, 2006

Kathie McGill
United States Probation Officer
U. S. Courthouse
333 Constitution Ave., NW
Washington, DC 20001

  Re: Robert Chambers

Dear Ms. McGill:

Mr. Chambers and I have had the chance to review the presentence report you prepared for the Honorable Paul L. Friedman in anticipation of sentencing on January 26, 2006. As you can see from the attached Receipt and Acknowledgment of Presentence Investigation Report, we found no material/factual inaccuracies. Quite to the contrary, we found your report to be not only factually correct, but also extremely fair in that you present a very favorable picture of this man despite his aberrant conduct in this case. We commend you for a job well done.

There are two matters we do wish to discuss. First there is a typographical error on page 2. His address is "1623" Margo Lane, not "163."

Second, on page 13 at paragraph 60, you mention the possibility that he owns a boat in Florida. The boat you reference is indeed owned by Mr. Chambers. He simply forgot to list it on his financial forms. He believes the boat, a small bowrider, to be worth about $10,000.00.

Finally, on page 16, at paragraph 80, you list factors which could warrant sentencing outside the advisory guideline range. You are correct in the factors you list. I simply wanted to advise you that the government almost certainly will file a motion to depart based on USSG 5K1.1. I know you do not put this in the report, but thought you should be aware of it.

Tel: (202) 638-2900  •  Fax: (202) 783-1654  •  gallendale@aol.com  •  www.gallendale.com

Again, job well done. Thank you for the time and effort given to this matter. If there is anything I can provide prior to sentencing please let me know.

Sincerely,

G. Allen Dale

Enclosures

CC: Howard Sklamberg, AUSA