# EXHIBIT 2

December 28, 2006

Your Honor,

My Husband has never been in trouble with the law. This situation is not reflective of my husband and what he stands for. This situation truly sickens the both of us.

I have known Bob almost my entire life. We attended grade school together and have been together ever since. He is a honest and sincere and he continues to amaze me to this day with his compassion.

We have raised 3 boys together in our 28 years of marriage. He has a been a huge part of their lives and continues to inspire them in there adult lives. When my boys were in grade school he was asked by the schools athletic director if he would coach for 10 years. He had such a impact on all of the children, that the school named a basketball award on his behalf (which was never done before). "The Bob Chambers award" is given to a child who worked the hardest and who best represents the school on and off the court. Needless to say, Bob was awe-struck with this honor, yet proud to this day that the school thought so much of Bob that an award should bear his name.

This respect also continues thru Bob's siblings. My husband is 4th in a line of a family of 12. He is the one that all of his siblings go to for advise and guidance. Bob is also the one who found one of the best doctors whom specializes in Alzheimer's disease for his Dad. He drives his Dad to all of his appointments (2 ½ hours each way) and continues to monitor his progress with the Doctor. He regularly takes his Dad to Church and then out for a bite to eat. He truly assist his Mom and Dad in anyway he can thru this difficult time dealing with the disease.

He is also very much apart of my Mothers life. He has done everything imaginable to help my Mom after my Dad passed away. He was very instrumental to my Mom and myself , last year, before and after her open heart surgery at the age of 82. He makes sure we all fly and stay with her on regular basis. He wants to make sure she gets out and fixes odds and ends around the house for her. She loves him as a son.

I hope my examples of the man who Bob truly is have come forth in my letter. He is respected and regarded highly by everyone who knows him. He is truly a man of honesty and compassion. You Honor, I hope you feel compassion when you review my husbands case.

I feel truly blessed to be apart of his life as his wife and best friend.

Respectfully,
Pat Chambers

12-28-06

Your Honor,

My Husband has never been in trouble with the law. This situation is not reflective of my husband & what he stands for. This situation truly sickens the both of us.

I have known Bob almost my entire life. We attended grade school together & have been together ever since. He is a honest and sincere & he continues to amaze me to this day with his compassion.

We have raised 3 boys together in our 28 years of marriage. He has been a huge part of their lives & continues to inspire them in there adult lives. When my boys were in grade school he was asked by the schools athletic Director if he would coach basketball. Bob agreed & was the schools coach for 10 years. He had such a impact on all of the children, that the school named a basketball award on his behalf (which was never done before) the "BOB Chambers award" is given to a child who worked the hardest & who best represents the school on and off the court. Needless to say Bob was awe-struck with this honor, yet proud to this day that the school thought so much of Bob

that an award should bear his name.
This respect also continues thru Bobs siblings. My husband is 4th in a line of a family of 12. He is the one that all of his siblings go to for advise and guidance. Bob is also the one who found one of the best doctors whom specializes in Alzheimer's disease for his Dad. He drives his Dad to all of his appointments (2½ hrs each way) and continues to monitor his progress with the Doctor. He regularly takes his Dad to Church & then out for a bite to eat. He truly assist his Mom & Dad in anyway he can thru this difficult time dealing with the disease.
He is also very much a part of my Mothers life. He has done everything imaginable to help my Mom after my Dad passed away. He was very instrumental to my Mom & myself last year, before & after her open heart surgery at the age of 82. He makes sure we fly & stay with her on regular basis, He wants to make sure she gets out & fixes odds & ends around the house for her. She loves him as a son.
I hope my examples of the man who Bob truly is have come forth in my letter. He is respected & regarded highly by

everyone who knows him. He is truly a man of honesty and compassion. Your Honor, I hope you feel compassion when you review my husbands case.

I feel truly blessed to be apart of his life as his wife and best friend.

Respectfully,

Pat Chambers

Your Honor,

Robert Chambers is my brother in law of twenty-eight years and I have known him thirty-seven years. The relationship between our families has existed for at least forty-five years. I reside and practice in Florida however, the in expensive airline fares and telephone bill has allowed us to maintain a very close relationship. Other than a traffic citation, Robert has never been arrested for violating the laws of this nation. He is from a very large family where respect, cooperation and honesty are a necessity and not a desired behavior option. His twelve years of strict Catholic education taught him discipline, respect, the meaning of hard work and fair play. He was very active in sports and has faithfully practices his religion. In order to finance his college education, Robert joined the Navy where he served honorably for four years. After his military discharge, Robert attended college full time then part times due to financial responsibilities as the result of his marriage to my sister. Robert initially went into business with his father and years later opened his own firm when his father retired. For the last twenty plus years Robert has grown his business through honesty and hard work and attention to details. In terms of his community, he has donated his time to coach basketball for multiple seasons and repaired and refinished gym floors at his own expense for under funded schools. His core belief is that sports will keep children out of trouble and prepare them for life. They have raised three fine sons. Two have finished college and one is mid way through Drexel University. None of them have had any legal issues and all work very hard. I know that they contribute to the support of his parents and physically work at there home when time permits. Robert has donated weeks helping me maintain my parent's home in Florida and assisting with her rehabilitation from recent heart surgery. Your Honor, this is the story of a good hard working father who made a mistake. Please find it in your heart for some leniency when deciding Robert's sentence.

Respectfully,
Dr.Gerard Finley

12/28/06