UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | |
| v.   : | Case No. 05-219 (PLF) |
| : | |
| ROBERT X. CHAMBERS, : | |
| : | |
| Defendant.   : | |

NOTICE OF FILING

The Clerk will please file the attached documents, providing evidence of restitution being paid in full.

Respectfully submitted,

_____/s/_____
G. ALLEN DALE
Bar No.: 954537
601 Pennsylvania Avenue, N.W.
North Building - 9th Floor
Washington, D.C. 20004
(202) 638-2900
Fax: (202) 784-1435