# EXHIBIT 1



LAW OFFICES OF
# G. Allen Dale
A PROFESSIONAL CORPORATION

G. Allen Dale
Direct Dial Number
(202) 783-1629

601 Pennsylvania Avenue, NW
Suite 900, South Building
Washington, D.C. 20004

May 1, 2007

D. C. Treasurer
D. C. Government Office of
    Tax and Revenue

P.O. Box 37559
Washington, D.C. 20013

    Re: Restitution by Robert Chambers in 05-219

Dear Sir or Madam:

    Enclosed you will find a check in the amount of $19,250.00 (nineteen thousand two hundred and fifty dollars) to be applied as restitution on behalf of Robert Chambers.

    Mr. Chambers was convicted in the United States District Court for the District of Columbia in case number 05-219-01 (PLF). The Honorable Paul L. Friedman, United States District Judge, ordered restitution in this amount, allowing that it be paid at a rate of $500.00 (five hundred dollars) per month. Mr. Chambers has decided, however, to make payment in full.

    Kindly send a receipt to me acknowledging that you have received this payment. Should you have any questions about this payment please feel free to call.

                           Sincerely,

                           G. Allen Dale

Enclosure
    GAD/yr

Cc: Robert Chambers





LAW OFFICES OF
**G. Allen Dale**
A PROFESSIONAL CORPORATION

601 Pennsylvania Avenue, NW • Suite 900, North Building • Washington, D.C. 20004

D.C. Treasurer
D.C. Gov't. Office of Tax & Revenue
P.O. Box 37559
Washington, D.C. 20013



HASLER

017H15533136

$0.39⁰

05/01/2007

Mailed From 20004

US POSTAGE