PROB 22-DC
(Rev. 2/88)

**TRANSFER OF JURISDICTION**

| DOCKET NUMBER *(Tran. Court)* |
|---|
| 05-219-01 |

| DOCKET NUMBER *(Rec. Court)* |
|---|
| 2:07-cr-273 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| Robert X. Chambers | District of Columbia | US Probation Office |

| NAME OF SENTENCING JUDGE |
|---|
| Paul L. Friedman |

| DATES OF PROBATION/SUPERVISED RELEASE: | FROM | TO |
|---|---|---|

FILED

MAY 2 9 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| OFFENSE |
|---|
| Conspiracy to Pay Bribes |

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

    IT IS HEREBY ORDERED that pursuant to 18 USC § 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Eastern District of Pennsylvania upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

| Date | United States District Judge |
|---|---|

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

| May 14, 2007 | Cynthea M. Rufe |
|---|---|
| Effective Date | United States District Judge |