Clerk, U.S. District Court
For the District of Columbia
333 Constitution Avenue, N.W. Room 1225
Washington, D.C. 20001

May 25, 2007

FILED
JUN 0 7 2007
MICHAEL E. KUNZ, Clerk
By:_____Dep. Clerk

Clerk, U.S. District Court
2609 James A. Byrne United States Courthouse
601 Market Street
Philadelphia, PA. 19106-1729

In re: U.S.A. v. Robert X. Chambers
Our Case No: 05-cr-219-PLF
Your Case No: 07-cr-273

FILED
JUN 1 4 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Dear Clerk,

Pursuant to Title 18 U.S.C. 3605, I am forwarding herewith certified copies of the Transfer of Jurisdiction Order, Information, Judgment and Commitment Order and docket sheet.

Please acknowledge receipt of these documents on the enclosed copy of this letter.

Very Truly Yours,

NANCY MAYER-WHITTINGTON, CLERK

By:_____
Tiffany Reed, Deputy Clerk

Enclosures